# In the United States District Court for the Southern District of Georgia Brunswick Division

LEONARD P. AGUILAR,

    Petitioner,

v.

RONALD BRAWNER,

    Respondent.

2:22-cv-19

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 17. Petitioner Leonard Aguilar ("Aguilar") did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court. I **DENY** Aguilar's 28 U.S.C. § 2254 Petition, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Aguilar *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 6 day of February, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA